Query    Reports    Utilities    Help    What's New    Log Out

CLOSED,LOCATION-CUSTODY,TRANSFERRED

# U.S. District Court
## Eastern District of Washington (Spokane)
## CRIMINAL DOCKET FOR CASE #: 2:26-mj-00004-JAG All Defendants

Case title: USA v. Humphrey

Date Filed: 01/06/2026

Date Terminated: 01/09/2026

Assigned to: Magistrate Judge James A. Goeke

**Defendant (1)**

**Carole Anne Humphrey**
*TERMINATED: 01/09/2026*

represented by **Adrien Lindsay Fox**
Federal Defenders of Eastern Washington and Idaho
601 West Riverside Avenue
Suite 900
Spokane, WA 99201
509-624-7606
Email: Adrien_Fox@fd.org
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Public Defender or Community Defender Appointment*

**Federal Public Defender - SPO**
Spokane Office
601 West Riverside Avenue
Suite 900
Spokane, WA 99201
509-624-7606
Fax: 509-747-3539
Email: andrea_george@fd.org
*Designation: Public Defender or Community Defender Appointment*

**Pending Counts**

None

**Disposition**

**Highest Offense Level (Opening)**

None

CM/ECF LIVE - U.S. District Court:waed    https://waed-ecf.sso.dcn/cgi-bin/DktRpt.pl?270402414055535-L_1_0-1

Case 3:25-cr-00332-DCN    Document 4-1    Filed 01/12/26    Page 2 of 3

**Terminated Counts**

None

**Disposition**

**Highest Offense Level (Terminated)**

None

**Complaints**

21 U.S.C. §§ 841(a)(1) and (b)(1)(B) - POSSESSION OF A CONTROLLED SUBSTANCE WITH INTENT TO DISTRIBUTE

**Disposition**

**Plaintiff**

USA                                      represented by    **Stephanie A Van Marter**
U S Attorney's Office - SPO
920 W Riverside Suite 300
P O Box 1494
Spokane, WA 99210-1494
509-353-2767
Fax: 509-462-3866
Email: USAWAE.SVanMarterECF@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Assistant US Attorney*

| Date Filed | # | Docket Text |
|---|---|---|
| 01/06/2026 | 1 | RULE 5 DOCUMENTS RECEIVED from District of Idaho as to Carole Anne Humphrey (1). (Attachments: # 1 Criminal Cover Sheet, # 2 Indictment, # 3 Arrest Warrant)(LTR, Case Administrator) (Entered: 01/06/2026) |
| 01/06/2026 | 2 | NOTICE OF HEARING - By Court (USM Action Required) as to Carole Anne Humphrey (1). Text entry; no PDF attached. Initial Appearance - Rule 5 set for **1/7/2026** at **01:30 PM** in Spokane Courtroom 740 before Magistrate Judge James A. Goeke. (LTR, Case Administrator) (Entered: 01/06/2026) |
| 01/07/2026 | 3 | MOTION for Detention by USA as to Carole Anne Humphrey (1). (Van Marter, Stephanie) (Entered: 01/07/2026) |
| 01/07/2026 | 5 | ORDER APPOINTING FEDERAL DEFENDER as to Carole Anne Humphrey (1). On the basis of the sworn financial statement, the Court finds Defendant is financially unable to retain counsel. IT IS ORDERED the Federal Defenders of Eastern Washington are appointed to represent Defendant pursuant to Title 18 United States Code Sec. 3006A. Text entry; no PDF document will issue. This text-only entry constitutes the Court Order on the matter. Signed by Magistrate Judge James A. Goeke. (LAS, DQA) (Entered: 01/07/2026) |

| | | |
|---|---|---|
| 01/07/2026 | 6 | Minute Entry for VIDEO CONFERENCE proceedings held before Magistrate Judge James A. Goeke: Initial Appearance in Rule 5 Proceedings as to Carole Anne Humphrey (1) held on 1/7/2026. (Reported/Recorded by: Digital Recording/S-740. Contact Court_Reporters@waed.uscourts.gov to order.) (LTR, Case Administrator) (Entered: 01/07/2026) |
| 01/07/2026 | 8 | ACKNOWLEDGMENT OF NOTICE OF RIGHTS - FED.R.CRIM.P. 5 (Complaint or Indictment) by Carole Anne Humphrey (1). (SG, Case Administrator) (Entered: 01/07/2026) |
| 01/07/2026 | 9 | ASSERTION OF FIFTH AND SIXTH AMENDMENT RIGHTS by Carole Anne Humphrey (1). (SG, Case Administrator) (Entered: 01/07/2026) |
| 01/07/2026 | 10 | Waiver of Rule 5 Hearings by Carole Anne Humphrey (1). (SG, Case Administrator) (Entered: 01/07/2026) |
| 01/09/2026 | 11 | NOTICE OF ATTORNEY APPEARANCE: Adrien Lindsay Fox appearing for Carole Anne Humphrey (1) (Attorney Adrien Lindsay Fox added to party Carole Anne Humphrey(pty:dft))(Fox, Adrien) (Entered: 01/09/2026) |
| 01/09/2026 | 12 | ORDER FOLLOWING INITIAL APPEARANCE ON INDICTMENT AND ORDER OF REMOVAL PURSUANT TO FED R. CRIM. P. 5 (USM Action Required) as to Carole Anne Humphrey (1); granting 3 Motion for Detention. Signed by Magistrate Judge James A. Goeke. (CLP, Operations Supervisor) (Entered: 01/09/2026) |
| 01/09/2026 | | Notice FROM Eastern District of Washington TO District of Idaho of a Rule 5 or Rule 32 Initial Appearance as to Carole Anne Humphrey (1). Your case number is: CR-25-332-CDCN. Using your PACER account, you may retrieve the docket sheet and any text-only entry via the case number link. (If you require certified copies of any documents, please send a request to InterDistrictTransfer_WAED@waed.uscourts.gov. *If you wish to designate a different email address for future transfers, send your request to InterDistrictTransfer_TXND@txnd.uscourts.gov.*/) (CLP, Operations Supervisor) (Entered: 01/09/2026) |