# United States District Court, Eastern District of Washington
## Magistrate Judge James A. Goeke
## Spokane

**USA v. CAROLE ANNE HUMPHREY**    Case No.   2:26-MJ-0004-JAG

Spokane Video Conference (JAG @ Yakima; Counsel and Defendant @ Spokane)
Defendant consented to appear via video conference

### Rule 5 Initial Appearance on Indictment:                01/07/2026

| | | | |
|---|---|---|---|
| ☒ | Lee Reams, Courtroom Deputy [S] | ☒ | Annika Tangsvald, US Atty |
| ☒ | Pam Howard, Courtroom Deputy [Y] | | |
| ☒ | Patrick J. Dennis, US Probation / Pretrial Services Officer | ☒ | Adrien Fox, Defense Atty |
| ☒ | Defendant present ☒ in custody USM | ☒ | Interpreter **NOT REQUIRED** |

| | | | |
|---|---|---|---|
| ☒ | USA Motion for Detention | ☒ | Rights given |
| ☐ | USA not seeking detention | ☒ | Acknowledgment of Rights filed |
| ☒ | Financial Affidavit (CJA 23) filed | ☒ | Defendant received copy of charging document |
| ☒ | The Court will appoint the Federal Defenders | ☒ | Defendant waived reading of charging document |
| ☐ | Based upon conflict with Federal Defenders, the Court will appoint a CJA Panel Attorney | ☒ | Charging document reviewed in open court |
| ☐ | Conditions of Release Imposed | ☐ | Pre-Trial Services Report ordered |
| ☐ | 199C Advice of Penalties/Sanctions | ☒ | Waiver of Rule 5 Hearings filed |
| ☐ | Ordered Release on Personal Recognizance; 199C Not Required | ☒ | Court Ordered Removal to Charging District |

## REMARKS

Defendant appeared, in custody, with counsel and acknowledged to the Court that her true and correct name is: CAROLE ANNE HUMPHREY.

Defendant was advised of her rights and the allegations contained in the Indictment from the District of Idaho.

"Not guilty" plea entered.

Based on information contained in the Financial Affidavit, the Court appointed the Federal Defenders to represent Defendant while in this district

Digital Recording/S-740        Time:  1:40 p.m. – 1:50 p.m.            Page 1

Government has filed a motion for detention (ECF No. 3).

Defendant waived further hearings in this district.

**The Court ordered:**
1. Discovery to be provided according to Local Rules on discovery.
2. Oral order issued confirming the Government's disclosure obligations under the Due Process Protections Act and the possible consequences of violation of said order.
3. Government's motion for detention granted.
4. REMOVAL of Defendant to the charging district.
5. Defendant remanded to custody of the U.S. Marshal until further order of the Court.

| | |
|---|---|
| **Identity Hrg:** | *Waived by Defendant* |
| **Detention Hrg:** | *Waived by Defendant*; USA's Motion for Detention is **granted**. |
| **Preliminary Hrg:** | *Waived by Defendant* |
| **Appearance Date in Charging District (Subject to Release):** | *Does Not Apply* |
| **Rule 5 Removal Hrg (Subject to Release):** | *Does Not Apply* |